IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EFS, Inc., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-1003 |
| ) | Judge Trauger |
| REGIONS BANK, as Successor in Interest ) | |
| by Merger to AMSOUTH BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case was formerly consolidated with *McLemore v. Regions Bank, et al.*, Case No. 3:08-cv-21. On March 18, 2008, the court granted in part the defendant's Motion for Judgment on the Pleadings and dismissed the claims of the *McLemore* plaintiff and all but several of the plaintiffs in this case. (Case No. 3:08-cv-21, Docket No. 136.) The *McLemore* plaintiff has since filed a notice of appeal. The dismissed plaintiffs in this case now seek an order certifying the dismissal order as a final judgment, so that they can appeal as well.

The court finds that such certification will serve the interests of judicial economy, because the appeals by the instant plaintiffs and the *McLemore* plaintiff will involve identical legal issues. Accordingly, the Motion for Entry of Final Order Under F.R.C.P. 54(b) filed by the plaintiffs (Docket No. 25) is **GRANTED**.

Entry of this Order shall constitute the final judgment in this case, pursuant to Federal Rule of Civil Procedure 54(b), as to the following plaintiffs: EFS, Inc.; EFS, Inc. 401(k) Plan; Michael Egan, Trustee; Grassworx SE, LLC; Grassworx SE, LLC 401(k) Plan; Michael Egan, Trustee; Mastrapasqua Asset Management, Inc.; Mastrapasqua Asset Management, Inc. 401(k)

Plan; Frank Mastrapasqua and Mauro Mastrapasqua, Trustees; The Hamilton-Ryker Group, LLC; The Hamilton-Ryker Group, LLC 401(k) Plan; Wayne McCreight and Crawford Gallimore, Trustees; Independent Press Association; Independent Press Association 401(k) Plan; Richard Landry and Bonnie Walsh, Trustees; Tuned In Broadcasting, Inc.; Tuned In Broadcasting, Inc. 401(k) Plan; Lester Turner, Jr., Trustee; As You Sow; As You Sow 401(k); Tom Van Dyke and Sloan Morgan, Trustees; Herbert E. Pounds, Jr., PC; Colbert & Winstead, PC 401(k) Plan; Richard L. Colbert and Kurtis J. Winstead, Trustees; The Heritage Equity Group 401(k) Savings Plan; Max Dull, Trustee; Abcow Services, Inc.; Abcow Staffing 401(k) Retirement Plan; J. Michaels Clothiers Inc.; J. Michaels Clothiers, Inc. Retirement Plan; The Bay Institute of San Francisco Retirement Plan; and Grant Davis, Robert Erickson, and Julia Price, Trustees.

It is so Ordered.

Entered this 22nd day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge