UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EFS, Inc., et al.

          Plaintiff,

v.                               Case No.: 3:08−cv−01003
                              District Judge Aleta A. Trauger

Regions Bank

          Defendant.

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/22/2010.

                                                            Keith Throckmorton, Clerk
                                                            s/ Ann Frantz, Deputy Clerk