IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EFS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:08-1003 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| REGIONS BANK, successor AmSouth Bank, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the defendant shall respond to the Plaintiffs' Motion To Postpone Trial And To Modify Case Management Order (Docket No. 30) by July 9, 2010.

It is so **ORDERED**.

ENTER this 2nd day of July 2010.

ALETA A. TRAUGER
U.S. District Judge