> ORDER: motion denied.
> John Bryant,
> US MJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EFS, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:08-1003 |
| | ) Judge Trauger |
| REGIONS BANK, as Successor in Interest by Merger to AmSouth Bank, | ) |
| Defendant. | ) |

### MOTION FOR PERMISSION TO FILE SUPPLEMENTAL RESPONSE TO MOTION TO COMPEL

Regions Bank ("Regions") requests permission to file a supplement to its Response to Motion to Compel filed in Case No. 3:08-1003 on February 12, 2010 (Docket No. 129; the "Response"). The Motion to Compel (Docket No. 120; the "Motion") was filed by Plaintiffs EFS, Inc., et al. (collectively, "EFS"). The Motion and the Response related to specified interrogatories, document requests, and requests for admissions that had been propounded by EFS and objected to by Regions. For the foregoing reasons, Regions feels that a supplemental brief is necessary and would be helpful to the Court.

### BACKGROUND PERTINENT TO THIS MOTION

This case involves claims brought by EFS to recover losses caused by the conversion of their assets by 1Point Solutions, LLC ("1Point") and/or its owner, Barry Stokes. At the time the Response was filed, the claim against Regions (following the September 9, 2008, Order and related Memorandum, Docket Nos. 33 and 34, which dismissed Plaintiffs' original ERISA-based claims) were based on negligence and the Tennessee Consumer Protection Act.