IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EFS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil No. 3:08-1003 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| REGIONS BANK, successor AmSouth Bank, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

It is hereby **ORDERED** that, the Clerk shall ADMINISTRATIVELY CLOSE this case, pending a motion to reopen upon the issuance of a decision by the Sixth Circuit Court of Appeals in a related case.

It is so **ORDERED**.

ENTER this 30th day of March 2012.

_____
ALETA A. TRAUGER
U.S. District Judge