IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EFS, INC, ET AL. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil No. 3:08-1003 |
| ) | Judge Trauger |
| REGIONS BANK ) | |
| ) | |
| Defendant ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The case management conference set for November 19, 2012 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 14th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge