UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EFS, INC., et al., | ) |
|     Plaintiffs, | ) No. 3:08-cv-1003 |
| v. | ) Judge Trauger |
| REGIONS BANK, as successor in interest by merger to AMSOUTH BANK, | ) |
|     Defendant. | ) |

**PLAINTIFFS' STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs Deborah Niedermeyer, Brian Allen, James Simpson, RCSim, Inc., Summit Terminaling Services, LLC, Gonzales County Hospital District, and Gonzales County Hospital District 401(k) Plan and its Trustees Tim Markman, Greg Peterek, John Fritz, Lisa Gindler and Barbara Korinacek hereby dismiss their claims in this case with prejudice.

                        Respectfully submitted,

                        s/ H. Naill Falls, Jr.
                        H. Naill Falls, Jr. (BPR #6787)
                        John B. Veach III (BPR #8994)

FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220
(615) 242-1800
Counsel for Plaintiffs

Agreed to:

s/ John R. Wingo
John R. Wingo
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
(615)244-5200
Counsel for Defendant